UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DONALD BROWN, et al., | ) |
| Plaintiffs, | ) No. 4:13-CV-126-JAR |
| v. | ) |
| ZUFALL & SONS, INC., | ) |
| Defendant. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on Defendant's Motion to Permit Discovery Under Rule 56(d). [ECF No. 19] Consistent with the discussion had with counsel at the May 15, 2013 Rule 16 conference, the Court will grant Defendant's motion.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Motion to Permit Discovery Under Rule 56(d) [19] is **GRANTED.**

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE

Dated this 20th day of May, 2013.